UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S&B WORLDWIDE CORPORATION,
BURT R. SOOKRAM, and 3RD
REPLICATOR, LLC,

     Plaintiffs,

v.                                  CASE NO: 8:11-cv-129-T-23EAJ

APHEX BIOCLEANSE CORP., ANTHONY
SAKOVICH, ODYSSEUS TECHNOLOGIES
INC., ODYSSEUS INDUSTRIES, INC.,
DERMAPHEX, INC., SANPHEX, INC.,
BUCKLEY STONE, LLC, WILLIAM
KLEINSCHMIDT, and DAVID WEAVER,

     Defendants.
_____/

## <u>ORDER</u>

The parties stipulate (Docs. 32) both to a permanent injunction and to dismissal with prejudice (Doc. 33).  Additionally, the plaintiffs announce (Doc. 34) a dismissal without prejudice as to the defendant Aphex Biocleanse Corp.  The stipulation (Docs. 32) is **APPROVED**, and the plaintiffs' motion (Doc. 4) for a preliminary injunction is **DENIED AS MOOT**.  The notice (Doc. 34) of voluntary dismissal as to Aphex Biocleanse Corp. is **APPROVED**, and the action as to Aphex Biocleanse Corp. is **DISMISSED WITHOUT PREJUDICE**.  The defendants Aphex Biocleanse Systems, Inc.; Anthony Sakovich; Odysseus Technologies, Inc.; Odysseus Industries, Inc.; Dermaphex, Inc.; Saniphex, Inc.; Buckley Stone, LLC; William Kleinschmidt; and David

Weaver are **PERMANENTLY ENJOINED** from practicing without a license and from

causing another entity to practice without a license the inventions described in U.S.

Patent Nos. 7,825,082 and 7,825,524 and attached as Exhibits A and B to the parties'

stipulation (Doc. 32).  The court retains jurisdiction to enforce the permanent injunction.

The Clerk is directed to (1) enter a judgment in favor of the plaintiffs and against the

defendants Aphex Biocleanse Systems, Inc.; Anthony Sakovich; Odysseus

Technologies, Inc.; Odysseus Industries, Inc.; Dermaphex, Inc.; Saniphex, Inc.; Buckley

Stone, LLC; William Kleinschmidt; and David Weaver; (2) terminate any pending

motion; and (3) close the case.

ORDERED in Tampa, Florida, on March 30, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE